(March 1, 1971)

Joseph Ramo, as Administrator of the Estate of Ronald Ramo, Deceased, Respondent, v. General Motors Corporation, Chevrolet Division of General Motors Corporation, Appellant, et al., Defendant.—

Concur —
Stevens, P. J., McGivern, Markewich, Nunez and Kupferman, JJ.